Christian Rau et al., Appellees, v. Village of Warrens-
burg, Appellant.

Gen. No. 9,174.

opinion filed October 19, 1939. Evans
& Kuhle, for appellant; John R. Fitzgerald, Robert N. Patterson and
Elbert S. Smith, for appellees. Opinion by JUSTICE HAYES. "Not
to be published in full."

Charles Beard, Appellee, v. Pearl Moore, Trading as
Farm Power Machinery Company, Appellant,

Gen. No. 9,183.

opinion filed October 19, 1939. Thomas L. Jarrett and Alfred
H. Greening, for appellant; Edward Pree, for appellee. Opinion by
JUSTICE HAYES. "Not to be published in full."